# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Coulson, John M. | 2. Court or Organization<br><br>US District Court for the District of Maryland | 3. Date of Report<br><br>08/31/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☑ Initial   ☐ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/13/2013<br>to<br>08/31/2014 |

| 7. Chambers or Office Address<br><br>101 W. Lombard Street, 8D<br>Baltimore, Maryland 21201 |
|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Principal | Miles & Stockbridge, PC (1/1/2000 to 6/30/2014) |
| 2. | US Magistrate Judge | US District Court for the District of Maryland (8/1/2014 to present) |
| 3. | President | Maryland Defense Counsel, Inc. (6/2011 to 6/2012) |
| 4. | Counsel | Miles & Stockbridge, PC (7/1/2014 to 7/31/2014) |
| 5. | Co-Trustee | Trusts [redacted] who served as co-trustee (1997-2014) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/31/2000 | Amended and Restated Employment Agreement between me and Miles & Stockbridge, PC re terms of prior employ, 401K,. and deferred comp due 01/01/2015:$23,170 |
| 2. 01/1/2000 | Stockholder's Agreement between me and Miles & Stockbridge, PC governing the terms and conditions re: repurchase of my one share of its common stock (6/20/2014) |
| 3. 7/1/2014 | Employment agreement between me and Miles & Stockbridge, PC governing the terms and condition of my employment as Counsel, terminating 07/31/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Salary from Miles & Stockbridge, PC | $355,658.73 |
| 2. 2013 | Salary from Miles & Stockbridge, PC | $300,425.74 |
| 3. 2014 | Salary from Miles & Stockbridge PC | $220,282.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | The Park School of Baltimore (1099 health education consulting) |
| 2. 2013 | The McDonogh School (W-2 health education consulting) |
| 3. 2014 | The McDonogh School (W-2 health education consulting) and Johns Hopkins University (1099 Income Education Consulting) |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EXEMPT | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Coulson, John M. | 08/31/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Bank of America | Premium Credit Line | None |
| 2. | The Park School of Baltimore | Tuition | J |
| 3. | Chase Bank | Visa (revolving credit) | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 08/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  MONY whole life policy | A | Dividend | J | T | | | | | |
| 2.  NW Mutual whole life policy #1 | A | Dividend | J | T | | | | | |
| 3.  NW Mutual whole life policy #2 | A | Dividend | J | T | | | | | |
| 4.  NW Mutual whole life policy #3 | A | Dividend | J | T | | | | | |
| 5.  NW Mutual whole life policy #4 | A | Dividend | K | T | | | | | |
| 6.  Erie Family Life whole life policy | A | Dividend | J | T | | | | | |
| 7.  TIAA Traditional fund | | None | J | T | | | | | |
| 8.  CREF Social Choice fund | | None | J | T | | | | | |
| 9.  Franklin Templeton Mutual Quest Fund | A | Dividend | J | T | | | | | |
| 10. Lazard Emerging Markets Open (401K) | A | Dividend | J | T | | | | | |
| 11. Oppenheimer Int'l. Growth Y (401K) | A | Dividend | L | T | | | | | |
| 12. MFS Int'l Value R4 (401K) | A | Dividend | K | T | | | | | |
| 13. Goldman Sachs Small Value fund (401K) | A | Dividend | K | T | | | | | |
| 14. Vanguard Mid Cap Index Signal (401K) | A | Dividend | L | T | | | | | |
| 15. T. Rowe Price Mid-Cap Value (401K) | A | Dividend | L | T | | | | | |
| 16. T Row Price Growth Stock (401K) | A | Dividend | N | T | | | | | |
| 17. Vanguard 500 Index Signal (401K) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 08/31/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Beacon Large Cap Value Investor (401K) | A | Dividend | L | T | | | | | |
| 19. Diamond Hill Large Cap Y (401K) | A | Dividend | L | T | | | | | |
| 20. Principal Diversified Real Asset A (401K) | A | Dividend | J | T | | | | | |
| 21. Ivy High Income I (401K) | A | Dividend | J | T | | | | | |
| 22. Harbor Bond Fund (401K) | A | Dividend | M | T | | | | | |
| 23. Federated Capital Preservation Fund IP (401K) | A | Dividend | J | T | | | | | |
| 24. Federated Prime Obligations Fund SS (401K) | A | Dividend | K | T | | | | | |
| 25. MD College Investment Plan Portfolio 2018 | | None | L | T | | | | | |
| 26. MD College Investment Plan Portfolio 2018 | | None | L | T | | | | | |
| 27. John Hancock Freedom 529 Portfolio 2013-16 | | None | M | T | | | | | |
| 28. John Hancock Freedom 529 Portfolio2017-2020 | | None | M | T | | | | | |
| 29. Davis NY Venture C | B | Dividend | K | T | | | | | |
| 30. Franklin Income C | C | Dividend | L | T | | | | | |
| 31. Goldman Sachs Growth Opportunity C | A | Dividend | J | T | | | | | |
| 32. Henderson International Opportunities C | A | Dividend | J | T | | | | | |
| 33. Ivy Asset Strategy C | A | Dividend | J | T | | | | | |
| 34. Legg Mason Opportunity Trust C | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 08/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Royce Pennsylvania Consult | B | Dividend | J | T | | | | | |
| 36. Clearbridge Special Inv. Trust C | A | Dividend | J | T | | | | | |
| 37. Clearbridge Value Trust C | A | Dividend | J | T | | | | | |
| 38. QS Batterymarch Emerging Markets C | A | Dividend | J | T | | | | | |
| 39. QS Battertmarch Int'l Equity C | A | Dividend | J | T | | | | | |
| 40. Davis NY Venture C (Peter UTMA) | A | Dividend | J | T | | | | | |
| 41. Legg Mason Opportunity Trust | A | Dividend | J | T | | | | | |
| 42. Davis NY Venture C | A | Dividend | J | T | | | | | |
| 43. Legg Mason Opportun ity Trust | A | Dividend | J | T | | | | | |
| 44. PNC Bank Interest Checking | A | Interest | L | T | | | | | |
| 45. Capitol One 360 Savings | A | Interest | J | T | | | | | |
| 46. Flowers Foods (FLO) Common stock | | None | J | T | | | | | |
| 47. Artisan Int'l FD-INV #661 Trust) | A | Dividend | J | T | | | | | |
| 48. Henderson Opportunities Int'l Fund Trust) | A | Dividend | J | T | | | | | |
| 49. Institutional Advisors LargeCap Fund Trust) | A | Dividend | K | T | | | | | |
| 50. Munder Midcap Core Growth Fund Trust) | A | Dividend | J | T | | | | | |
| 51. T Rowe Price Mid-Cap Value FD Com Trust) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 08/31/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Conestoga Small Cap Fund         Trust) | A | Dividend | J | T | | | | | |
| 53. Goldman Sachs Satellite Strategies         Trust) | A | Dividend | J | T | | | | | |
| 54. Intel Corp Com         Trust) | A | Dividend | J | T | | | | | |
| 55. Artisan Int'l. FD-INV #661         Trust) | A | Dividend | J | T | | | | | |
| 56. Henderson Int'l Opportunites Fund         Trust) | A | Dividend | J | T | | | | | |
| 57. Institutional Advisors LargeCap Fund         Trust) | A | Dividend | L | T | | | | | |
| 58. Munder Midcap Core Growth Fund         Trust) | A | Dividend | J | T | | | | | |
| 59. T Rowe Price Mid-Cap Value FD Com         Trust) | A | Dividend | J | T | | | | | |
| 60. Conestoga Small Cap Fund         Trust) | A | Dividend | J | T | | | | | |
| 61. Goldman sachs Satellite Stragies         Trust) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 08/31/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: Positions: From June of 2011 to June of 2012, I was President of Maryland Defense Counsel, Inc., a specialty bar association for attorneys in civil practice on behalf of defendants. This was an unpaid position. As president, I was also a member of the board of this organization during this time. Addtionally, I was the co-trustee of two trusts      of a college classmate of mine but am in the process of resigning that position given my appointment. I have listed the assets of that trust in Part VII.

Part II: Agreement: my employment as an attorney at Miles & Stockbridge was governed by the 2000 agreement referenced, to include distribution of deferred compensation in January of 2015 and participation in the firm's 401K. That agreement ended on June 30, 2014 when I converted from Principal to Counsel. My Counsel position was for the month of July 2014, between the time of the announcement of my appointment as US Magistrate and my resignation from the firm on July 31, 2014. The stockholder agreement referenced concerned the return of my equity in the firm which occurred in July of 2014 prior to my departure from the firm. My 401K remains with the firm at this tim,e and its holdings were included in Part VII investments. Additionally, per my former employment agreement, I am due deferred compensation in January of 2015 in the amount of $23,170.

Part VII: I have included the assets held by the two trusts for whom I am the co-trustee      of a college classmate. I am in the process of resigning that position given my appointment and am awaiting appointment of substitute co-trustee in my place.

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 08/31/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John M. Coulson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544